UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS LEVITT, | No. C 10-1321 MHP |
| Plaintiff, | No. C 10-2351 MHP |
| v. | **ORDER** |
| YELP! INC, | **Re: Motion to Consolidate** |
| Defendant. / | |
| CATS AND DOGS ANIMAL HOSPITAL, INC., et al., | |
| Plaintiffs, | |
| v. | |
| YELP! INC, | |
| Defendant. / | |

Defendant Yelp! Inc.'s motion to consolidate the above-captioned actions is GRANTED. By Monday, July 26, 2010, parties are ordered to submit their respective discovery plans with respect to discovery for the next six months. In their filing(s), attorneys vying for lead counsel in this consolidated action are ordered to include details about: 1) their plans and ability to litigate this action in an efficient and economical manner; 2) their plans and ability to streamline and conduct discovery with the least amount of contentiousness; 3) their ability to work cooperatively with other counsel; 4) the extent and nature of their contact with named and potential plaintiffs; and 5) any other pertinent information the court should consider when appointing lead counsel.

Upon submission of the aforementioned information, this court will appoint lead counsel in the consolidated action. Within thirty (30) days of the court's order appointing lead counsel, lead counsel shall file a consolidated amended complaint. Within thirty (30) of the filing of the consolidated amended complaint, defendant shall file a responsive pleading.

IT IS SO ORDERED.

Dated: July 20, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California