**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   (305) 789-0072
Facsimile:    (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

<u>**Attorneys for Plaintiffs and the Proposed Classes**</u>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC.; ASTRO APPLIANCE SERVICE; BLEEDING HEART, LLC; CALIFORNIA FURNISHINGS, INC.; CELIBRÉ, INC.; J.L. FERRI ENTERTAINMENT, INC.; LE PETITE RETREAT DAY SPA, LLC; SAN FRANCISCO BAY BOAT CRUISES, LLC; WAG MY TAIL, INC.; and ZODIAC RESTAURANT GROUP, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>YELP! INC.,<br><br>        Defendant. | CASE NO. 10-CV-02351 MHP<br><br>Pleading Type: Class Action<br>Action Filed: February 23, 2010<br><br>**NOTICE OF FILING ATTORNEY'S PLEDGES OF JARED H. BECK AND ELIZABETH LEE BECK** |
| BORIS Y. LEVITT, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 10-CV-01321 MHP<br><br>Judge: Hon. Marilyn Hall Patel |

Pursuant to the Court's August 24 Order (*Cats and Dogs* D.E. 96 / *Levitt* D.E. 39), attorneys Jared H. Beck and Elizabeth Lee Beck of Beck & Lee hereby file their signed Attorney Pledges.

DATED: September 23, 2010

Respectfully Submitted,

/s/Jared H. Beck
Jared H. Beck

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
ELIZABETH LEE BECK
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   305 789 0072
Facsimile:    786 664 3334

**Counsel for Plaintiffs and the Proposed Classes**

1

*Cats and Dogs Animal Hospital, Inc.et al. v. Yelp! Inc.*, Case No. 2:10-cv-01340-VBF-SS
NOTICE OF FILING ATTORNEY'S PLEDGES OF JARED H. BECK AND ELIZABETH LEE BECK

## ATTORNEY'S PLEDGE

I commit to these Guidelines of Civility and Professionalism and will be guided by a sense of integrity, cooperation and fair play.

I will abstain from rude, disruptive, disrespectful, and abusive behavior, and will act with dignity, decency, courtesy, and candor with opposing counsel, the courts and the public.

As part of my responsibility for the fair administration of justice, I will inform my clients of this commitment and, in an effort to help promote the responsible practice of law, I will encourage other attorneys to observe these Guidelines.

_____
(Signature)

Jared H. Beck
(Print Name)

9/22/10
(Date)

## ATTORNEY'S PLEDGE

I commit to these Guidelines of Civility and Professionalism and will be guided by a sense of integrity, cooperation and fair play.

I will abstain from rude, disruptive, disrespectful, and abusive behavior, and will act with dignity, decency, courtesy, and candor with opposing counsel, the courts and the public.

As part of my responsibility for the fair administration of justice, I will inform my clients of this commitment and, in an effort to help promote the responsible practice of law, I will encourage other attorneys to observe these Guidelines.

_____     _____9-22-2010_____
(Signature)                          (Date)

_____Elizabeth L. Beck_____
(Print Name)

15